UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

GEORGE F EHRET JR
SHELLEY A EHRET
      Debtor(s)

Case No. 06-09252

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/01/2006.

2) The plan was confirmed on 11/17/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/11/2009.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $23,950.00.

10) Amount of unsecured claims discharged without payment: $41,660.65.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,961.42 |
| Less amount refunded to debtor | $161.42 |

**NET RECEIPTS:** $10,800.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,394.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $522.82 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,916.82

Attorney fees paid and disclosed by debtor: $606.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 4,340.00 | 2,120.61 | 2,120.61 | 419.44 | 0.00 |
| AMERICASH LOANS | Unsecured | NA | 147.10 | 147.10 | 29.09 | 0.00 |
| ARTURO TOMAS MD | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| AUTOMATED COLLECTION SYSTEMS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| BEVERLY EHRET | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| BHURJI SINGH MD | Unsecured | 80.00 | 206.20 | 206.20 | 40.78 | 0.00 |
| BRIAN R BILLARD DMD | Unsecured | 910.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 675.00 | 711.61 | 711.61 | 140.75 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CHECK BROKERAGE CORP | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CHECK PLUS SYSTEM | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 1,000.00 | 707.82 | 707.82 | 140.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 245.00 | 213.88 | 213.88 | 42.30 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE SERVICE CENTER | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY HOSPITAL OF OTTAWA | Unsecured | 2,100.00 | 131.40 | 131.40 | 25.99 | 0.00 |
| COMMUNITY HOSPITAL OF OTTAWA | Unsecured | NA | 2,179.39 | 2,179.39 | 431.06 | 0.00 |
| CORN BELT ENERGY | Unsecured | 480.00 | 586.10 | 586.10 | 115.92 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 370.00 | 346.50 | 346.50 | 68.53 | 0.00 |
| COUNTRY COMP | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CONTROL | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RECOVERY INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RECOVERY INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| D & S FOODS | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GLOBAL PAYMENTS | Unsecured | 80.00 | 76.90 | 76.90 | 15.21 | 0.00 |
| HAMILTON COLLECTION | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Secured | 2,779.00 | 2,778.70 | 2,778.70 | 2,778.70 | 220.30 |
| HOWARD MEDICAL | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BONE & JOINT CENTER | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS VALLEY EYE INS | Unsecured | NA | 7.90 | 7.90 | 1.56 | 0.00 |
| INSTITUTE FOR PERSONAL DEVELOP | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH BEN MALLORY MD | Unsecured | 550.00 | 551.90 | 551.90 | 109.16 | 0.00 |
| KEN JOHNSON | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| MCI WORLDCOM RES SERVICE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NEXTEL COMMUNICATIONS | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 720.00 | 764.55 | 764.55 | 151.22 | 0.00 |
| OTTAWA MEDICAL CENTER | Unsecured | 500.00 | 923.80 | 923.80 | 182.72 | 0.00 |
| PETER ANALYTIS MD | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 7,000.00 | 14,476.04 | 14,476.04 | 2,863.22 | 0.00 |
| RECEIVABLE MANAGEMENT SERV | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER | OTHER | NA | NA | NA | 0.00 | 0.00 |
| REZIN ORTHOPEDIC CENTERS | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 360.00 | 358.63 | 358.63 | 70.93 | 0.00 |
| TALARICO FAMILY PHYSICIANS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| TELECHECK | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| TERRY LOVE DO /OTTAWA OSTEOPT | Unsecured | 20.00 | 19.50 | 19.50 | 3.86 | 0.00 |
| THRUSH SANITATION SRV | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| VITAL CARE | Unsecured | NA | 164.00 | 164.00 | 32.44 | 0.00 |
| VYAS HARSHAVADAN | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,778.70 | $2,778.70 | $220.30 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,778.70** | **$2,778.70** | **$220.30** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$24,693.83** | **$4,884.18** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $2,916.82 |
| Disbursements to Creditors | $7,883.18 |
| **TOTAL DISBURSEMENTS** : | **$10,800.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/23/2009          By: /s/ Glenn Stearns
                                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**